1  ROBERT W. FREEMAN
   Nevada Bar No. 3062
2  Robert.Freeman@lewisbrisbois.com
   FRANK TODDRE, II
3  Nevada Bar No. 11474
   Frank.Toddre@lewisbrisbois.com
4  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   702.893.3383
6  FAX: 702.893.3789
   *Attorneys for Defendant*
7  *State Farm Mutual Automobile Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

***

| | |
|---|---|
| ALICIA IRENE MAESTAS, | CASE NO.: 2:22-cv-483-JCM-DJA |
| Plaintiff, | **STIPULATION AND ORDER TO STAY LITIGATION PENDING EXECUTION OF SETTLEMENT DOCUMENTS** |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and DOES 1 through 10, and ROE CORPORATIONS 11 through 20, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff ALICIA IRENE MAESTAS and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY that Plaintiff's claims in the matter shall be stayed as to all parties, effective immediately, until January 23, 2024, unless subsequently shortened upon an order from this Court or a Stipulation. The parties will be filing a Stipulation and Order for Dismissal.

/ / /

/ / /

/ / /

/ / /

/ / /

131001499.1

The parties have agreed to a settlement in principal but are still working out the final details regarding release and payment structures. There are no current hearings or motions pending before this Honorable Court.

DATED this 20th day of October 2023.                     DATED this 20th day of October 2023.

LAW OFFICE OF STEVEN J. KAREN                  LEWIS BRISBOIS BISGAARD SMITH LLP

/s/ Steven J. Karen                                                    /s/ Frank A. Toddre, II
STEVEN J. KAREN                                                  ROBERT W. FREEMAN
Nevada Bar No. 4561                                              Nevada Bar No. 3062
2810 West Charleston Blvd., Suite 82                    FRANK A. TODDRE, II
Las Vegas, Nevada 89102                                      Nevada Bar No. 11474
*Attorneys for Plaintiff Alicia Irene Maestas*            6385 S. Rainbow Boulevard, Suite 600
                                                                                Las Vegas, Nevada 89118
                                                                                *Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

### ORDER

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the claims asserted by Plaintiff, ALICIA IRENE MAESTAS, shall be stayed as to all parties, effective immediately, until January 23, 2024, unless subsequently shortened upon an Order from this Court or a Stipulation by the parties.

DATED October 24, 2023.

UNITED STATES DISTRICT JUDGE

131001499.1                                                                  2