1  ROBERT W. FREEMAN
   Nevada Bar No. 3062
2  Robert.Freeman@lewisbrisbois.com
   FRANK TODDRE, II
3  Nevada Bar No. 11474
   Frank.Toddre@lewisbrisbois.com
4  **LEWIS BRISBOIS BISGAARD & SMITH** LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   702.893.3383
6  FAX: 702.893.3789
   *Attorneys for Defendant*
7  *State Farm Mutual Automobile Insurance Company*

8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

\*\*\*

| | |
|---|---|
| ALICIA IRENE MAESTAS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and DOES 1 through 10, and ROE CORPORATIONS 11 through 20,<br><br>　　　　Defendants. | CASE NO.: 2:22-cv-483-JCM-DJA<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE** |

19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

131168310.1

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff ALICIA IRENE MAESTAS and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY that all of Plaintiff's claims and causes of action against Defendant in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

DATED this 12th day of January, 2024.

LAW OFFICE OF STEVEN J. KAREN

/s/ Steven J. Karen
STEVEN J. KAREN
Nevada Bar No. 4561
2810 West Charleston Blvd., Suite 82
Las Vegas, Nevada 89102
*Attorney for Plaintiff Alicia Irene Maestas*

DATED this 12th day of January, 2024.

LEWIS BRISBOIS BISGAARD SMITH LLP

/s/ Frank A. Toddre, II
ROBERT W. FREEMAN
Nevada Bar No. 3062
FRANK A. TODDRE, II
Nevada Bar No. 11474
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

**ORDER**

IT IS SO ORDERED.

DATED January 16, 2024.

_____
UNITED STATES DISTRICT JUDGE

131168310.1                                                              2